IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 JUN 16 A 9:53

Rodney Julius Owens )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 3:06cv540-MEF
)  (To be supplied by Clerk of
Dr. John McFarland )  U.S. District Court)
)
Nurse Linda Stewart )
)
Sheriff Jay Jones )
)
Major James Torbert )
)
And Et., Al. )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (X)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (X)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) NOT APPLICABLE

         Defendant(s) NOT APPLICABLE

      2. Court (if federal court, name the district; if
         state court, name the county) NOT APPLICABLE

3. Docket number NOT APPLICABLE

4. Name of judge to whom case was assigned NOT APPLICABLE

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NOT APPLICABLE

6. Approximate date of filing lawsuit NA

7. Approximate date of disposition NA

II. PLACE OF PRESENT CONFINEMENT LEE COUNTY DETENTION CENTER

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED SAME AS ABOVE

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. DR JOHN MCFARLAND | 2400 PEPPERELL PKWY, OPELIKA, AL 36801 |
| 2. LINDA STEWART | P.O. BOX 2407 OPELIKA, AL 36801 |
| 3. JAY JONES | 2311 GATEWAY DR. OPELIKA, AL 36801 |
| 4. JAMES TORBERT | P.O. BOX 2407, OPELIKA, AL 36801 |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 5/27/06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ON 5/27/06 DUE TO FAULTY (LACK OF) HANDRAILS IN SHOWER, I FELL AND MESSED UP MY ANKLE AND LOWER BACK

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

ON 5/27/06 AT 11:15 PM, I EXITED THE SHOWER, SLIPPED, AND SPRAINED MY ANKLE, AND PULLED SOMETHING IN MY LOWER BACK.

**GROUND TWO:** ON 6/13/06 I WAS TAKEN FOR MY ANKLE X-RAYS, WHICH IS 2 WEEKS LATER

**SUPPORTING FACTS:** I HAVE TWO INMATE REQUEST SLIPS SHOWING THAT I INFORMED THEM ON 5/28/06, AND 5/30/06, AND WASN'T SEEN

**GROUND THREE:** AS OF 6/14/06 I'VE YET TO HAVE MY BACK X-RAYED

**SUPPORTING FACTS:** ON 6/12/06, I PUT IN A REQUEST TO HAVE MY BACK CHECKED AND X-RAY. I'VE YET TO GET A REPLY

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Money for medical bills, pain & suffering, handrails outside of showers, and the jobs of those responsible for my suffering

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 06/14/06
           (Date)

_____
Signature of plaintiff(s)

4