IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODNEY JULIUS OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-540-MEF |
| | ) |
| DR. JOHN McFARLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Stewart, Jones and Torbert on September 1, 2006 (Court Doc. No. 10), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from September 5, 2006 to and including September 19, 2006 to file their special report and answer.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE