# Exhibit A
# Inmate File of Rodney Julius Owens

```
07/09/2006     21:58:27        LEE COUNTY SHERIFF'S OFFICE
                               INMATE RELEASE SHEET                    PAGE    1
================================================================================
BOOKING NO: 060000608

  INMATE NAME: OWENS RODNEY JULIUS
        ALIAS:                                    RACE: W      SEX: M
        ALIAS:                                    HT: 5'11"   HAIR: BRO
      ADDRESS:                                    WT: 150     EYES: BLU
    CITY/ST/ZIP:                               COMPLEX:
   HOME PHONE:                                     SSN:
          DOB:              AGE: 46             DL ST:              DLN:
   PLCE BIRTH: COLUMBUS                          SID:
        STATE: GA                              LOCID: 31902
    M. STATUS:
     RELIGION: BAP
   GANG ASSOC:
 SCARS/TATTOOS:
 KNOWN ENEMIES:
      REMARKS:
----------------------------- NEXT OF KIN --------------------------------------
   NEXT OF KIN: JOHNNY OWENS              RELATIONSHIP: BROTHER
       ADDRESS:                                 PHONE: 000
    CITY/ST/ZIP: ,
       REMARKS:
---------------------------- EMPLOYER INFO -------------------------------------
      EMPLOYED: Y
 EMPLOYER NAME: SELF EMPLOYED
       ADDRESS:
    CITY/ST/ZIP: ,
         PHONE: 000-000-0000
------------------------------ MEDICAL -----------------------------------------
   HANDICAPPED: N  NEEDS: N
       GLASSES: Y  SMOKE: Y
 MEDICAL NEEDS:     NEEDS:
     PHYSICIAN:                     PHONE: 000-000-0000
       REMARKS:

       REMARKS:
       REMARKS:
------------------------------ PROPERTY ----------------------------------------
          CASH:     $30.00
   DESCRIPTION: STREET CLOTHES
 ADD. PROPERTY: 1LIGHTER,1NECKLACE,1BELT
 ADD. PROPERTY: 1CAP,1BOX CIG,1PACK OF GUM
 ADD. PROPERTY:
    BIN NUMBER: 73
 VEH IMPOUNDED:
   IMPOUND LOT:
       REMARKS:
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                         DATE:              TIME:

BOOK OFFICER:                   DATE:              TIME:
```

```
                               LEE COUNTY SHERIFF'S OFFICE
07/09/2006      21:58:27        INMATE RELEASE SHEET                  PAGE    2
================================================================================
 BOOKING NO: 060000608    INMATE NAME: OWENS RODNEY JULIUS
================================================================================
            COURT:                    ATTORNEY ON REC:
            JUDGE:                         PHONE: 000-000-0000
         REMARKS:
         REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 02/03/2006  BOOK TIME: 17:30  BOOK TYPE: NORMAL

   ARREST DATE: 02/03/2006         BOOKING OFFICER: DIX
   ARREST DEPT: LCSO               CELL ASSIGNMENT:
 ARRST OFFICER: SURRETT                 MEAL CODE: 02   STATE
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: SCROGGINS          CLASSIFICATION:
   TYPE SEARCH: PAT                 WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: Y
        AGENCY:                   REASON:
        AGENCY: MUSCOGEE CO        REASON: ███████████
        AGENCY:                   REASON:
        AGENCY:                   REASON:

         NOTES:
         NOTES:
         NOTES:
================================================================================
 RELEASE DATE: 07/09/2006  RELEASE TIME: 21:58   # DAYS SERVED:   157

RELEASE OFFICER: THOMAS-MOULTRY D34
   RELEASE TYPE: KILBY
        REMARKS: TRPTED TO KILBY 7/10/06'
        REMARKS:
        REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____   TIME: _____

BOOK OFFICER: _____    DATE: _____   TIME: _____
```

```
                           LEE COUNTY SHERIFF'S OFFICE
07/09/2006    21:58:27        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 060000608     INMATE NAME: OWENS RODNEY JULIUS
================================================================================
  CHARGE NO:   1  DISPOSITION: RELEASED           HOLD: Y

ALA STATUTE:                          # OF COUNTS:    0
    OFFENSE: RECEIV STOL PROP II(NOL PROSS) WARRANT #:
      CASE #:
   BOND AMT:                                   FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/09/2006
ARREST DATE: 02/03/2006                ARST AGENCY: LCSO
ARST OFFICR: SURRETT                       COUNTY: LEE
      COURT:                                 JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D39
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   2  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                          # OF COUNTS:    1
    OFFENSE: TOP III(NOL PROSSED)        WARRANT #:
      CASE #:
   BOND AMT:                                   FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/09/2006
ARREST DATE: 02/28/2006                ARST AGENCY: LCSO
ARST OFFICR: INGRAM                        COUNTY:
      COURT:                                 JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D39
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   3  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                          # OF COUNTS:    1
    OFFENSE: BURG III (2YRS)             WARRANT #:
      CASE #:
   BOND AMT: 3000                              FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/09/2006
ARREST DATE: 02/28/2006                ARST AGENCY: LCSO
ARST OFFICR: INGRAM                        COUNTY:
      COURT:                                 JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D39
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                              LEE COUNTY SHERIFF'S OFFICE
07/09/2006      21:58:27      INMATE CHARGE SHEET                    PAGE    4
===============================================================================
BOOKING NO: 060000608    INMATE NAME: OWENS RODNEY JULIUS
===============================================================================
   CHARGE NO:   4  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
     OFFENSE: BURG III(2YRS)             WARRANT #:
      CASE #: 0602-133.01
    BOND AMT:                                  FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/09/2006
ARREST DATE: 03/01/2006              ARST AGENCY: LCSO
ARST OFFICR: INGRAM                      COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D39
-------------------------------------------------------------------------------
   CHARGE NO:   5  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
     OFFENSE: TOP III(NOL PROSSED)        WARRANT #:
      CASE #: 0602-133.01
    BOND AMT:                                  FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/09/2006
ARREST DATE: 03/01/2006              ARST AGENCY: LCSO
ARST OFFICR: INGRAM                      COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D39
-------------------------------------------------------------------------------
   CHARGE NO:   6  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE:                          # OF COUNTS:   0
     OFFENSE: ATT TOP(NOL PROSSED)        WARRANT #:
      CASE #: CC2006000335.05
    BOND AMT:                                  FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/09/2006
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                             COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D39
-------------------------------------------------------------------------------
```

```
02/03/2006      17:41:59       LEE COUNTY SHERIFF'S OFFICE                    PAGE    1
                                INMATE BOOKING SHEET
===============================================================================
BOOKING NO: 060000608

INMATE NAME: OWENS RODNEY J
        ALIAS:                                    RACE: W        SEX: F
        ALIAS:                                    HT: 5'11"      HAIR: BRO
      ADDRESS:                                    WT: 150        EYES: BLU
  CITY/ST/ZIP:                                    COMPLEX:
   HOME PHONE:                                    SSN:
          DOB:              AGE: 46               DL ST:              DLN:
   PLCE BIRTH: COLUMBUS                           SID:
        STATE: GA                                 LOCID: 31902
    M. STATUS: SINGLE
```

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CASE NUMBER CC-06-335.00 -335.05 ID    YR    Case No. |

State of Alabama,
                PLAINTIFF,

        VS.

Owens, Rodney Julius,
                DEFENDANT.

IN THE Circuit COURT OF
LEE COUNTY, ALABAMA

CASE NO. CC-06-335.00 -
         CC-06-335.05

The defendant, Owens, Rodney Julius is Z

hereby committed to the custody of the Sheriff of Lee County, Alabama for: - H.O status
CC-06-335.00 Burglary III - Sent to 15 yrs with 2 yr split, CC-06-335.04
Burglary - 15 yr Sent with 2 year split  to run concurrent Run
concurrent also with Georgia Sent. Remaining cases not prossed
128 days jail credit

Defendant's bond is hereby set at $_____

DONE this the 9th day of June, 2006

                                        _____
                                                JUDGE

IMPOUND LOT:
    REMARKS:
    REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Rody an            DATE:  /  /      TIME: _____

BOOK OFFICER: _____       DATE: 2/5/06  TIME: _____

```
                              LEE COUNTY SHERIFF'S OFFICE
05/19/2006      09:09:46        INMATE CHARGE SHEET                    PAGE    1
================================================================================
BOOKING NO: 060000608        INMATE NAME: OWENS RODNEY JULIUS
================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: Y

ALA STATUTE:                           # OF COUNTS:    0
     OFFENSE: RECEIVING STOLEN PROPERTY 2ND  WARRANT #:
       CASE #:
     BOND AMT: 3,000.00                        FINE:      $0.00
     BAIL AMT: 3,000.00
INIT APPEAR:
RELEASE DTE:
ARREST DATE: 02/03/2006            ARST AGENCY: LCSO
ARST OFFICR: SURRETT                   COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNY:
    COMMENTS:
    COMMENTS:
    COMMENTS:               Nol Pross
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
OFFENSE TYPE:     -
LEGAL STATUS:     -
        NOTES:
        NOTES:
        NOTES:


            Bonded Out:                Preliminary Hearing:
Waived/Bound Over to GJ:                         Indicted:
             Arraigned:                      Guilty Plea:
    Plea on Information:                   Guilty Verdict:
     Not Guilty Verdict:                       Dismissed:
           Bond Revoked:               Bond Reinstated:
      Awaiting Probation:              Probation Revoked:
   Probation Reinstated:            Court Ordered Rehab:
    Returned from Rehab:                 Sent to D.O.C.:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
 05/19/2006      09:09:46        INMATE CHARGE SHEET                    PAGE    2
================================================================================
BOOKING NO: 060000608      INMATE NAME: OWENS RODNEY JULIUS
================================================================================
   CHARGE NO:   2  DISPOSITION: OPEN                HOLD: N

ALA STATUTE:                           # OF COUNTS:    1
     OFFENSE: TOP III                    WARRANT #:
       CASE #:
     BOND AMT: 1000                           FINE:       $0.00
     BAIL AMT:
INIT APPEAR:
RELEASE DTE:                           SENTENCE DATE:
ARREST DATE: 02/28/2006                 ARST AGENCY: LCSO
ARST OFFICR: INGRAM                         COUNTY:
       COURT:                                JUDGE:
DEF ATTORNEY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:         Nol Pros
-------------------------------------------------------------------------------
OFFENSE TYPE:     -
LEGAL STATUS:     -
       NOTES:
       NOTES:
       NOTES:


              Bonded Out:                 Preliminary Hearing:
Waived/Bound Over to GJ:                             Indicted:
               Arraigned:                         Guilty Plea:
     Plea on Information:                       Guilty Verdict:
      Not Guilty Verdict:                           Dismissed:
            Bond Revoked:                    Bond Reinstated:
       Awaiting Probation:                  Probation Revoked:
    Probation Reinstated:                Court Ordered Rehab:
      Returned from Rehab:                    Sent to D.O.C.:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
05/19/2006      09:09:46       INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 060000608      INMATE NAME: OWENS RODNEY JULIUS
===============================================================================
   CHARGE NO:  3  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:   1
    OFFENSE: BURG III               WARRANT #:
       CASE #:
    BOND AMT: 3000   2yrs concus           FINE:      $0.00
    BAIL AMT:
 INIT APPEAR:                      SENTENCE DATE:
 RELEASE DTE:
 ARREST DATE: 02/28/2006            ARST AGENCY: LCSO
 ARST OFFICR: INGRAM                    COUNTY:
       COURT:                            JUDGE:
 DEF ATTORNY:                   DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:                    2y
--------------------------------------------------------------------------------
OFFENSE TYPE:     -
LEGAL STATUS:     -
       NOTES:
       NOTES:
       NOTES:


              Bonded Out:             Preliminary Hearing:
Waived/Bound Over to GJ:                        Indicted:
              Arraigned:                      Guilty Plea:
     Plea on Information:                   Guilty Verdict:
      Not Guilty Verdict:                        Dismissed:
           Bond Revoked:               Bond Reinstated:
      Awaiting Probation:             Probation Revoked:
    Probation Reinstated:           Court Ordered Rehab:
     Returned from Rehab:                Sent to D.O.C.:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
05/19/2006      09:09:46         INMATE CHARGE SHEET                    PAGE    4
================================================================================
BOOKING NO: 060000608      INMATE NAME: OWENS RODNEY JULIUS
================================================================================
   CHARGE NO:   4  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:    1
     OFFENSE: BURG III                WARRANT #:
      CASE #: 0602-133.01   2 yrs. Concurs
    BOND AMT: 3000                         FINE:        $0.00
    BAIL AMT:
INIT APPEAR:                       SENTENCE DATE:
RELEASE DTE:
ARREST DATE: 03/01/2006            ARST AGENCY: LCSO
ARST OFFICR: INGRAM                     COUNTY:
       COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
OFFENSE TYPE:     -
LEGAL STATUS:     -
      NOTES:
      NOTES:
      NOTES:


            Bonded Out:                    Preliminary Hearing:
Waived/Bound Over to GJ:                              Indicted:
            Arraigned:                             Guilty Plea:
   Plea on Information:                         Guilty Verdict:
    Not Guilty Verdict:                              Dismissed:
          Bond Revoked:                        Bond Reinstated:
     Awaiting Probation:                     Probation Revoked:
  Probation Reinstated:                   Court Ordered Rehab:
    Returned from Rehab:                        Sent to D.O.C.:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
 05/19/2006      09:09:46      INMATE CHARGE SHEET                    PAGE    5
===============================================================================
 BOOKING NO: 060000608      INMATE NAME: OWENS RODNEY JULIUS
===============================================================================
    CHARGE NO:   5  DISPOSITION: OPEN              HOLD: N

 ALA STATUTE:                        # OF COUNTS:   1
     OFFENSE: TOP III                WARRANT #:
       CASE #: 0602-133.01
     BOND AMT: 1000                      FINE:        $0.00
     BAIL AMT:
 INIT APPEAR:                        SENTENCE DATE:
 RELEASE DTE:
 ARREST DATE: 03/01/2006             ARST AGENCY: LCSO
 ARST OFFICR: INGRAM                 COUNTY:
        COURT:                       JUDGE:
 DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
```

*Nol Pross*

```
 OFFENSE TYPE:    -
 LEGAL STATUS:    -
        NOTES:
        NOTES:
        NOTES:


            Bonded Out:                    Preliminary Hearing:
 Waived/Bound Over to GJ:                              Indicted:
              Arraigned:                            Guilty Plea:
     Plea on Information:                         Guilty Verdict:
      Not Guilty Verdict:                              Dismissed:
            Bond Revoked:                        Bond Reinstated:
       Awaiting Probation:                     Probation Revoked:
    Probation Reinstated:                    Court Ordered Rehab:
     Returned from Rehab:                         Sent to D.O.C.:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
05/19/2006     09:09:46          INMATE CHARGE SHEET                    PAGE    6
===============================================================================
BOOKING NO: 060000608      INMATE NAME: OWENS RODNEY JULIUS
===============================================================================
   CHARGE NO:   6  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                         # OF COUNTS:   0
     OFFENSE: ATT TOP                   WARRANT #:
      CASE #: CC2006000335.05
    BOND AMT: 300.00                         FINE:       $0.00
    BAIL AMT: 300.00
INIT APPEAR:                         SENTENCE DATE:
RELEASE DTE:
ARREST DATE:                          ARST AGENCY:
ARST OFFICR:                              COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:        Nol Pross
-------------------------------------------------------------------------------
OFFENSE TYPE:     -
LEGAL STATUS:     -
       NOTES:
       NOTES:
       NOTES:


              Bonded Out:                 Preliminary Hearing:
Waived/Bound Over to GJ:                             Indicted:
              Arraigned:                          Guilty Plea:
   Plea on Information:                         Guilty Verdict:
      Not Guilty Verdict:                          Dismissed:
            Bond Revoked:                    Bond Reinstated:
       Awaiting Probation:                  Probation Revoked:
    Probation Reinstated:                Court Ordered Rehab:
     Returned from Rehab:                      Sent to D.O.C.:
```

LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM

02/03/2006    17:41:59                                                    PAGE 2
=====================================================================
Booking No: 060000608  Date: 02/03/2006  Time: 17:30  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: OWENS RODNEY J                        Race: W        Sex: F
         DOB: 0_/__/__00 Age:  46   SSN: ▓▓▓▓▓▓▓  Height: 5'11"  Weight: 150
-----------------------------------------------------------------------

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or (street drugs?)

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

13. 6 months for Lungs
14. Benedryl, Tylenol

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: _____    TIME: _____

```
                              LEE COUNTY SHERIFF'S OFFICE
02/03/2006      17:41:59       INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 060000608      INMATE NAME: OWENS RODNEY J
===============================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: Y

ALA STATUTE:                          # OF COUNTS:    0
    OFFENSE: RECEIVING STOLEN PROPERTY 2ND  WARRANT #:
       CASE #:
   BOND AMT: 3,000.00                     FINE:       $0.00
   BAIL AMT: 3,000.00
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/03/2006            ARST AGENCY: LCSO
ARST OFFICR: SURRETT                   COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

added 2-28-06

Burg III        3,000       D. ingram
Top III         1,000       D. ingram

LEE COUNTY SHERIFF'S OFFICE
02/03/2006     17:41:59     MEDICAL SCREENING FORM                    PAGE 1
================================================================
Booking No: 060000608  Date: 02/03/2006  Time: 17:30  Type: NORMAL
Agency to Bill: LEE COUNTY                    Facility: COUNTY JAIL

Inmate Name: OWENS RODNEY J
     DOB: ██████  Age:  46  SSN: ██████  Height: 5'11"  Weight: 150
--------------------------------------------------------------

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

    a. Allergies     f. Fainting Spells      k. Seizures

    b. Arthritis     g. Hearing Condition    l. Tuberculosis

    c. Asthma        h. Hepatitis            m. Ulcers

    d. Diabetes      i. High Blood Pressure  n. Venereal Disease

    e. Epilepsy      j. Psychiatric Disorder o. Other (Specify)

    Other: (Lung Disease) Take meds for
    Seizures

12. For females only:

       a. Are you pregnant?

       b. Do you take birth control pills?

       c. Have you recently delivered?

```
                               LEE COUNTY SHERIFF'S OFFICE
02/03/2006      17:41:59          INMATE BOOKING SHEET                    PAGE      2
=====================================================================================
BOOKING NO: 060000608          INMATE NAME: OWENS RODNEY J
=====================================================================================
        COURT:                          ATTORNEY ON REC:
        JUDGE:                             PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-------------------------------------------------------------------------------------
     BOOK DATE: 02/03/2006   BOOK TIME: 17:30   BOOK TYPE: NORMAL

   ARREST DATE: 02/03/2006          BOOKING OFFICER: DIX
   ARREST DEPT: LCSO                CELL ASSIGNMENT: F1
 ARRST OFFICER: SURRETT                   MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                 FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: SCROGGINS             CLASSIFICATION:
   TYPE SEARCH: PAT                    WORK RELEASE: N
 INTOX RESULTS:

        HOLDS: Y
       AGENCY: ~~LCSO~~                REASON: ~~RETAINS~~
       AGENCY:                         REASON: 706-653-4225
       AGENCY: Muscogee                REASON:
       AGENCY:                         REASON:

        NOTES:
        NOTES:
        NOTES:
```

# PROPERTY ENVEI

INMATE'S NAME _Owens, Rodney_

FOR CASHIER USE ONLY

| INSTITUTION | DATE REC. |
|---|---|

ICN NO. _____

CC NO. _____

DATE _02/03/06_

CORRECTION OFFICER _Scroggins_

SHIELD NO. _43D20_

Money $ _30.00_      Food Stamps $ _____

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| ___ | Wallet | ___ | Watch | ___ | Comb |
| ___ | Purse | ___ | Rings | ___ | Personal Papers |
| 1 | Lighter | ___ | Pr.Earrings | ___ | Eyeglasses |
| ___ | Keys | ___ | Bracelet/Wrist Chain | 1 | Belt |
| ___ | Pr.Shoelaces | 1 | Necklace/Neck Chain | | |

Other _1 CAP, BOX OF Cigarettes, 1pack of gum_

I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.

_[signature]_                          _02/03/06_
SIGNATURE OF INMATE                 DATE

PROPERTY RECEIVED FROM INMATE BY:

NAME OF EMPLOYEE AND ID# _James Scroggins_ _43D20_
                         (PRINT)        (ID #)

SIGNATURE OF EMPLOYEE _James Scroggins_      _02/03/06_
                                             DATE

_[signature]_                I ACKNOWLEDGE THE RETURN OF MY PROPERTY
SIGNATURE OF INMATE/DESIGNEE

ON _____

PROPERTY RETURNED TO INMATE/DESIGNEE BY:

NAME OF EMPLOYEE AND ID# _____
                         (PRINT)        (ID #)

SIGNATURE OF EMPLOYEE _____
                                             DATE

```
                      ALABAMA DEPARTMENT OF CORRECTIONS           INST:    241
CBR716-3              INMATE SUMMARY AS OF 06/28/2006             CODE:  CRSUM

***************************************************************************************

AIS: 00247222    INMATE: OWENS, RODNEY JULIUS              RACE: W   SEX: M

INST: 241 - LEE                         DORM:    00   JAIL CR: 000Y 04M 08D

DOB: ████████████  SSN: ████████████

ADM DT: 06/09/2006 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: OTN-5   CURRENT CUST DT: 06/09/2006  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   06/09/2006
INMATE IS EARNING : STRAIGHT TIME

COUNTY     SENT DT  CASE NO  CRIME                    JL-CR      TERM
LEE        06/09/06 N060335.1 BURGLARY III            0128D 002Y 00M 00D CS
                             4YRS PROBATION
           ATTORNEY FEES : $000500    HABITUAL OFFENDER : Y
           COURT COSTS   : $0000242   FINES : $0000000   RESTITUTION : $0000050
LEE        06/09/06 N060335.4 BURGLARY III            0128D 002Y 00M 00D CC
                             4YRS PROBATION
           ATTORNEY FEES : $000500    HABITUAL OFFENDER : Y
           COURT COSTS   : $0000242   FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM      MIN RELI DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
 002Y 00M 00D    01/30/2008     000Y 00M 00D     000Y 00M 00D     01/30/2008

INMATE LITERAL: CC W/CC06-635.00 & GEORGIA SENT
***************************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
***************************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
***************************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS          INST=  241
                        INMATE SUMMARY AS OF 06/20/2006            CODE= CIADM
```

*************************************************************************

AIS: 00247222    INMATE: OWENS, RODNEY JULIUS          RACE: W   SEX: M

INST: 241 - LEE               DORM:  DD   JAIL CR: 00DY D4M D8D

DOB: ████████    SSN: ████████████

ADM DT: 06/09/2006 DEAD TIME: 00DY 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: GTW-5   CURRENT CUST DT: 06/09/2006  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:  06/09/2006
INMATE IS EARNING : STRAIGHT TIME

```
COUNTY     SENT DT  CASE NO  CRIME                    JL-CR     TERM
LEE        06/09/06 N060335.1 BURGLARY III            01280 D02Y D0M D0D CS
                              PROBATION UNDETERMINED
           ATTORNEY FEES : $000500    HABITUAL OFFENDER : Y
           COURT COSTS  : $0000242   FINES : $0000000   RESTITUTION : $0000050
LEE        06/09/06 N060335.4 BURGLARY III            01280 D02Y D0M D0D CC
                              PROBATION UNDETERMINED
           ATTORNEY FEES : $000500    HABITUAL OFFENDER : Y
           COURT COSTS  : $0000242   FINES : $0000000   RESTITUTION : $0000050
```

```
TOTAL TERM    MIN RELI DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
D02Y D0M D0D  01/30/2008     00DY D0M D0D     00DY D0M D0D     01/30/2008
```

INMATE LITERAL: CC W/GEORGIA SENT

*************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
*************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

ACR359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2006 000335.04 01
JOHN V. DENSON II

```
-------------------------------------------------------------------------
CIRCUIT COURT OF LEE COUNTY                    COURT ORI: 043015 J
                                               DC NO: GJ 2006 000273.00
STATE OF ALABAMA          VS.                  G J:   375
OWENS RODNEY JULIUS            ALIAS:          SSN:
                    O          ALIAS:          SID:   000000000
                                               AIS:
-------------------------------------------------------------------------
                          SEX: M   HT: 0 00   WT: 000  HAIR:        EYE:
DOB:                                           AGE:       FEATURES:
RACE: (X)W ( )B ( )O   COMPLEXION:
-------------------------------------------------------------------------
DATE OFFENSE: 00/00/0000   ARREST DATE: 02/28/2006   ARREST ORI: 0430000
                                 CT  CL COURT ACTION           CA DATE
CHARGES @ CONV     CITES         01  C  GUILTY PLEA           06/09/2006
BURGLARY 3RD DEGRE 13A-007-007    O                          00/00/0000
                                  O                          00/00/0000
-------------------------------------------------------------------------
JUDGE: JOHN V. DENSON II              PROSECUTOR: ABBETT NICK
PROBATION APPLIED  GRANTED  DATE     REARRESTED DATE  REVOKED  DATE
(X)Y ( )N 06092006 ( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____
-------------------------------------------------------------------------
15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
  (X)Y ( )N  CONFINEMENT:    02 00 000  13 00 000  15 00 000   00 00 128
             PROBATION  :    04 00 000             04 00 000
DATE SENTENCED: 06/09/2006   SENTENCE BEGINS: 06/09/2006
-------------------------------------------------------------------------
PROVISIONS              COSTS/RESTITUTION          DUE       ORDERED

  PENITENTIARY          RESTITUTION              $0.00        $0.00
  CONCUR SENT           ATTORNEY FEE           $500.00      $500.00
  HABITUAL OFDR         CRIME VICTIMS           $50.00       $50.00
  SPLIT SENTENC         COST                   $242.00      $242.00
                        FINE                     $0.00        $0.00
                        MUNICIPAL FEES           $0.00        $0.00
                        DRUG FEES                $0.00        $0.00
                        ADDTL DEFENDANT          $0.00        $0.00
                        DA FEES                  $0.00        $0.00
                        COLLECTION ACCT          $0.00        $0.00
                        JAIL FEES                $0.00        $0.00

                        TOTAL                  $792.00      $792.00
-------------------------------------------------------------------------
APPEAL DATE       SUSPENDED        AFFIRMED          REARREST
( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____
-------------------------------------------------------------------------
REMARKS:                       THIS IS TO CERTIFY THAT THE
  CC200600033500              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS
                              AND IS TRUE AND CORRECT.
CONCURRENT W/CC 06 635.00 & GEORGIA SENTENCE
```

Once sentence served to be placed on 4 year Probation

CORINNE T. HURST

06/16/2006

OPERATOR: KAH
PREPARED: 06/16/2006

ACR359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2006 000335.00 01
JOHN V. DENSON II

```
------------------------------------------------------------------------------
| CIRCUIT COURT OF LEE COUNTY                        COURT ORI: 043015 J      |
|----------------------------------------------------------------------------|
| STATE OF ALABAMA       VS.                         DC NO: GJ 2006 000272.00 |
| OWENS RODNEY JULIUS         ALIAS:                  G J: 372                 |
|                             ALIAS:                  SSN:                     |
|                                                     SID: 000000000           |
|                                                     AIS:                     |
|----------------------------------------------------------------------------|
| DOB:             SEX: M  HT: 0 00        WT: 000  HAIR:        EYE:         |
| RACE: (X)W ( )B ( )O  COMPLEXION: _____   AGE: ____  FEATURES: _____      |
|----------------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000   ARREST DATE: 03/01/2006   ARREST ORI: 0430000    |
|----------------------------------------------------------------------------|
| CHARGES @ CONV    CITES          CT CL COURT ACTION           CA DATE       |
| BURGLARY 3RD DEGRE 13A-007-007   01 C  GUILTY PLEA            06/09/2006     |
|                                   0                           00/00/0000     |
|                                   0                           00/00/0000     |
|----------------------------------------------------------------------------|
| JUDGE: JOHN V. DENSON II              PROSECUTOR: ABBETT NICK               |
|----------------------------------------------------------------------------|
| PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE   REVOKED  DATE     |
| (X)Y ( )N 06092006 ( )Y ( )N _____    ( )Y ( )N _____ ( )Y ( )N _____|
|                                                                            |
| 15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT      |
|  (X)Y ( )N   CONFINEMENT:  02 00 000  13 00 000  15 00 000  00 00 128       |
|              PROBATION:    04 00 000             04 00 000                  |
| DATE SENTENCED: 06/09/2006   SENTENCE BEGINS: 06/09/2006                    |
|----------------------------------------------------------------------------|
| PROVISIONS                    COSTS/RESTITUTION        DUE       ORDERED    |
|                                                                            |
|  PENITENTIARY         RESTITUTION              $0.00        $0.00          |
|  CONCURR SENT         ATTORNEY FEE           $500.00      $500.00          |
|  HABITUAL OFDR        CRIME VICTIMS           $50.00       $50.00          |
|  SPLIT SENTENC        COST                   $242.00      $242.00          |
|                       FINE                     $0.00        $0.00          |
|                       MUNICIPAL FEES           $0.00        $0.00          |
|                       DRUG FEES                $0.00        $0.00          |
|                       ADDTL DEFENDANT          $0.00        $0.00          |
|                       DA FEES                  $0.00        $0.00          |
|                       COLLECTION ACCT          $0.00        $0.00          |
|                       JAIL FEES                $0.00        $0.00          |
|                                                                            |
|                       TOTAL                  $792.00      $792.00          |
|----------------------------------------------------------------------------|
| APPEAL DATE      SUSPENDED        AFFIRMED           REARREST               |
| ( )Y ( )N _____   ( )Y ( )N ____   ( )Y ( )N _____   ( )Y ( )N _____    |
|----------------------------------------------------------------------------|
| REMARKS:                         THIS IS TO CERTIFY THAT THE               |
|   CC200600033504                 ABOVE INFORMATION WAS EXTRACTED           |
|                                  FROM OFFICIAL COURT RECORDS               |
|                                  AND IS TRUE AND CORRECT.                  |
| CONCURRENT W/CC06-335.04 & GEORGIA SENTENCE                                |
| ONCE SENTENCE SERVED TO BE PLACED ON 4YRS PROBATION                        |
|                                                                            |
|                                            CORINNE T. HURST                |
|----------------------------------------------------------------------------|
|                           06/16/2006                                       |
------------------------------------------------------------------------------
```

OPERATOR: KAH
PREPARED: 06/16/2006



| State of Alabama<br>Unified Judicial System<br><br>Form C-7 Rev. 2/79` | **CASE ACTION SUMMARY**<br>**CONTINUATION** | Case Number<br>CC-06-335.00 thru 335.06<br><br>**YR**      **Number** |
|---|---|---|

Style:    STATE OF ALABAMA v. OWNES, RODNEY JULIUS        Page Number _____ of _____ Page

| DATE` | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 06/15/06 | This matter is before the Court on a Motion to Withdraw as counsel filed by the Defendant's Court appointed attorney, Mr. Phil Thompson, on June 13, 2006; For good cause shown, the Motion is hereby GRANTED and Mr. Thompson is withdrawn from any further legal representation of said Defendant.<br><br>cc: Nick Abbett; Phil Thompson; Rodney Julius Owens, LCDC |

ACR359

**ALABAMA JUDICIAL DATA CENTER**
**LEE COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 2006 000335.00 01
JOHN V. DENSON II

31902

COURT ORI: 043015 J

CIRCUIT COURT OF LEE COUNTY

DC NO: GJ 2006 000272.00
G J: 372

STATE OF ALABAMA          VS.          ALIAS:
OWENS RODNEY JULIUS                    ALIAS:          SSN:
                                                       SID: 000000000
                                                       AIS:

DOB:          SEX: M   HT: 0 00   WT: 000   HAIR:     EYE:
RACE: (X)W ( )B ( )O   COMPLEXION:           AGE:      FEATURES:

DATE OFFENSE: 00/00/0000   ARREST DATE: 03/01/2006   ARREST ORI: 0430000

                                       CT CL COURT ACTION           CA DATE
CHARGES @ CONV      CITES              01 C   GUILTY PLEA            06/09/2006
BURGLARY 3RD DEGRE 13A-007-007         00                           00/00/0000
                                       00                           00/00/0000

JUDGE: JOHN V. DENSON II                       PROSECUTOR: ABBETT NICK

PROBATION APPLIED      GRANTED  DATE        REARRESTED DATE   REVOKED  DATE
( )Y ( )N              ( )Y ( )N            ( )Y ( )N         ( )Y ( )N

                         IMPOSED      SUSPENDED       TOTAL    JAIL CREDIT
15-18-8, CODE OF ALA 1975   02 00 000   13 00 000   15 00 000   00 00 128
(X)Y ( )N   CONFINEMENT:                             00 00 000
            PROBATION  : 00 00 000      SENTENCE BEGINS: 06/09/2006
DATE SENTENCED: 06/09/2006

                                   COSTS/RESTITUTION          DUE          ORDERED
PROVISIONS
                            RESTITUTION              $0.00         $0.00
   PENITENTIARY             ATTORNEY FEE           $500.00       $500.00
   CONCURR SENT             CRIME VICTIMS           $50.00        $50.00
   HABITUAL OFDR            COST                   $242.00       $242.00
   SPLIT SENTENC            FINE                      $0.00         $0.00
                           MUNICIPAL FEES            $0.00         $0.00
                           DRUG FEES                 $0.00         $0.00
                           ADDTL DEFENDANT           $0.00         $0.00
                           DA FEES                   $0.00         $0.00
                           COLLECTION ACCT           $0.00         $0.00
                           JAIL FEES

                           TOTAL                   $792.00       $792.00

                    SUSPENDED        AFFIRMED           REARREST
APPEAL DATE                                                         ( )Y ( )N
( )Y ( )N              ( )Y ( )N        ( )Y ( )N

                                       THIS IS TO CERTIFY THAT THE
REMARKS:                               ABOVE INFORMATION WAS EXTRACTED
   CC200600033504                      FROM OFFICIAL COURT RECORDS
                                       AND IS TRUE AND CORRECT.
CONCURRENT W/CC 06-335.04&GEORGIA SENTENCE

                                       CORINNE T. HURST

                        06/12/2006

OPERATOR: KAH
PREPARED: 06/12/2006

ACR359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2006 000335.04 .01
JOHN V. DENSON II

COURT ORI: 043015 J

CIRCUIT COURT OF LEE COUNTY

DC NO: GJ 2006 000273.00

STATE OF ALABAMA          VS.
OWENS RODNEY JULIUS        ALIAS:
                           ALIAS:

G J: 375
SSN: 2■■■■■■■■
SID: 000000000
AIS:

DOB: ■■■■■■■  SEX: M   HT: 0 00   WT: 000  HAIR: _____  EYE: _____
RACE: (X)W ( )B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____

ARREST ORI: 0430000

DATE OFFENSE: 00/00/0000   ARREST DATE: 02/28/2006

CHARGES @ CONV      CITES
BURGLARY 3RD DEGRE 13A-007-007

CT CL COURT ACTION
01 C GUILTY PLEA
00
00

CA DATE
06/09/2006
00/00/0000
00/00/0000

JUDGE: JOHN V. DENSON II

PROSECUTOR: ABBETT NICK

PROBATION APPLIED    GRANTED   DATE           REARRESTED  DATE   REVOKED  DATE
( )Y( )N            ( )Y ( )N        ( )Y ( )N              ( )Y ( )N _____

15-18-8, CODE OF ALA 1975    IMPOSED      SUSPENDED     TOTAL    JAIL CREDIT
(X)Y ( )N     CONFINEMENT:  02 00 000    13 00 000    15 00 000  00 00 128
              PROBATION :   00 00 000                 00 00 000
DATE SENTENCED: 06/09/2006          SENTENCE BEGINS: 06/09/2006

|                          | COSTS/RESTITUTION | DUE     | ORDERED |
|--------------------------|-------------------|---------|---------|
| PROVISIONS               | RESTITUTION       | $0.00   | $0.00   |
| PENITENTIARY             | ATTORNEY FEE      | $500.00 | $500.00 |
| CONCURR SENT             | CRIME VICTIMS     | $50.00  | $50.00  |
| HABITUAL OFDR            | COST              | $242.00 | $242.00 |
| SPLIT SENTENC            | FINE              | $0.00   | $0.00   |
|                          | MUNICIPAL FEES    | $0.00   | $0.00   |
|                          | DRUG FEES         | $0.00   | $0.00   |
|                          | ADDTL DEFENDANT   | $0.00   | $0.00   |
|                          | DA FEES           | $0.00   | $0.00   |
|                          | COLLECTION ACCT   | $0.00   | $0.00   |
|                          | JAIL FEES         | $0.00   | $0.00   |
|                          | TOTAL             | $792.00 | $792.00 |

APPEAL DATE          SUSPENDED           AFFIRMED              REARREST
( )Y ( )N _____   ( )Y ( )N _____   ( )Y ( )N _____     ( )Y ( )N _____

REMARKS:
   CC200600033500

CONCURRENT W/CC 06 335.00 & GEORGIA SENTENCE

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

CORINNE T. HURST

06/12/2006

OPERATOR: KAH
PREPARED: 06/12/2006

Mrs. Isuby

I am Real Sorry for the Things, I said about you. God, doesn't like ugly, and I was ugly. He is also the only one thats Knows, our Hearts, So once again I am Sorry for my Actions, and for what I said.

Rodney Owens

Rec — 6-24-06
          at 8:00
          from O/c. Sellers

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION

Name _Rodney Owen_ _____ Date _____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

Mrs Stewart said I could send my breathing machine home Thursday when my sister comes to visit See if Mrs Griffin will help it out

Thank

<u>Do Not Write Below This Line</u> - For Reply Only

will be able to pick up on Thursday between 1 and 4

Nurse Griffith

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# LEE COUNTY DETENTION CENTER
## DISCIPLINARY REPORT
(Form #28)

Inmate _Owens, Rodney Julius_    Custody _Maximum_    Number _31902_
Last      First    Middle

Assignment _Cellblock F-1_ is being charged by _Ofc. Peavy_

With rule violation _Section 14.2-B-18  Unauthorized contact between inmates_

on or about _March 18_, 199_06_, Time _8:45_ (a.m.)/p.m. Location _LCDC Cellblock F1_

Circumstances are as follows: _Ofc Peavy walked down to cellblock F-1 at_
_approximatley 8:45 am to Orelease inmate kenneth Dunn when inmate_
_Rodney Julius Owens asked Officer Peavy to transport a letter to_
_C wing for him_

MAJOR     ✓

MINOR     ____

SERIOUS

Notifying Officer: _James Sears_

Inmate's Signature _Rodney Owens_

_Thomas Cozart, Louis Latham,_

Signature of Arresting Officer _Ofc. Peavy_

Time & Date notified: _6:10pm  03/18/06_

Witnesses desired: NO ____ If YES, (List) ____

Circumstances Investigated By: _____

Hearing date _3/23/06_    Time _5:55 pm_    Plea ( ) Guilty  (✓) Not Guilty

If guilty, inmate must affix signature _____

Committee Findings & Reasons: _Guilty. Due to testimony of Ofc Peavy_
_and I/m owens that he tried to pass a_
_letter to cwing._

Committee Recomendations: _loss of store and visitation for 1 week_

Witnesses: _____

_Did not want any witnesses_

Signature of Chairman _____  _43D13_

Signature, Member _____  _43D07_

Signature, Member _____  _43D40_

Copy delivered to inmate: Date _____ Time _____ Inmate's Signature _____

Action - Date _____        Appeal - Date (attach copy) _____

Approved _____             Approved _____

Disapproved _____          Denied _____

Other (Specify) _____      Other (Specify) _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
### (Form #29)

TO: _Rodney Julius Owens_    DATE: _3-18-06_

YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:

_Section 14.2-B-18 Unauthorized contact between_
_inmates_

YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):

_Ofc. Peavy_

THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:

_On the date of March 18, 2006 at 8:45 am inmate Rodney_
_Julius Owens approached Officer Peavy in LCDC Cell Block_
_F1 and asked Officer Peavy to transport a letter_
_written to Carolyn Otis in Cell Block C9._

THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:

_10 Days Lockdown Loss of all priveleges exept attourney, media,_
_and clergy visits_

YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING.  SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.

_3/18/06    6:10 pm_ _____    _Ofc Peavy_
DATE & TIME OF NOTIFICATION        OFFICER MAKING REPORT

## LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

Subject _Inmate Rodney Julius Owens_    Opelika, AL ___3-18-06___

To the Sheriff of Lee County:

I report the following _Inmate Rodney Owens attempted to get_ _Officer Peavy to pass a letter_ which occurred at ___8:45___ o'clock

this ___A.___ M. at _LCDC at cellblock F1_

Below give full-particulars, together with name of principals and witness and their address

On March 18, 2006 at 8:45 am Officer Peavy received a call to go pick up Kenneth Dunn for release. He was located in cellblock F1. When Officer Peavy showed up in cellblock F1, inmate Rodney Julius Owens approached Officer Peavy and asked him to transport a letter to cellblock C-9 to inmate Carolyn D Otis. Inmate Owens told Officer Peavy the inmate Carolyn Otis's mail must have been to delivered to the wrong cell and asked if I would deliver it to cellblock C-9. At this point Officer Peavy took the letter up and read it. It stated information in it directly related to the subject of Rodney Owens and Carolyn D Otis. Afterwards Officer Peavy told inmate Rodney Owens he was not going to deliver it and carried it to central.

Reported by _Officer Peavy_

Address_____ Phone_____

Complaint received by _____ How _____

Assigned to _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## SYNOPSIS OF MAJOR/MINOR DISCIPLINARY HEARING
### (Form #30)

ALL THOSE INVOLVED IN THE CASE WERE SWORN IN BY THE CHAIRPERSON.

The Lee County Jail Disciplinary Board convened at _5:55 pm_ on _3/23/06_, to hear the evidence in the case involving Inmate _Rodney Owens_, # _31902_.

The board consisted of Chairperson _Ofc Wiltsie_ and Member _Sgt Jones, /Ofc.Tucker_

The accused and Arresting Officer _Peavy_ were brought before the board.

The chairperson explained to ~~Peavy~~ _Owens_ that he was charged with violating Rule # _14.2 B-18_ of Inmate Handbook (revised ~~August 1988~~ Dec 2005).

~~Peavy~~ _Owens_ was further advised that on _3/18/06_ at _6:10 pm_ he was served with "Notice of Disciplinary Hearing" and given a copy of the notice. The chairperson explained that according to due process requirements, he must be given at least 24 hours notice of the date that the hearing will take place. Furthermore, that the hearing must be given within seven (7) calendar days of the time his custody changed and that he is to be given the opportunity to request any witnesses on his behalf. The chairperson asked ~~Peavy~~ _Owens_ if he understood due process and he replied, "_Yes_."

The chairperson explained to _Owens_ that he was charged with violation of Rule # _14.2 B-18, Unauthorized contact between Inmates_. The chairperson asked _Owens_ if he understood the charges against him and he replied, "_Yes_."

_Owens_ was then asked how he pled to the charge and he stated, "_Not Guilty_."

Lee County Detention Cente

# INMATE REQUEST SLIP

**LOCATION**

Name _Rodney Owens_    Date _03-12-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☑ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer.</u>

I Request to see my Preacher at 2nd Ave Baptist church columbus Ga His Name is Mike Reed He Be Coming Wensday. Thank

---

<u>Do Not Write Below This Line</u> - For Reply Only

HE MUST FILL OUT AN APPLICATON FOR CLERGY VISIT, FOUND IN THE SHERIFFS OFFICE BEFORE YOU CAN VISIT WITH HIM. Jail 305 3-16-06

---

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

| State of Alabama<br>Unified Judicial System | **ORDER<br>ON INITIAL APPEARANCE** | Case Number |
|---|---|---|
| Form C-80     Rev. 8/2000 | | |

IN THE ___**DISTRICT**___ COURT OF ___**LEE COUNTY**___, ALABAMA
<br>(Circuit, District or Municipal)　　　　　(Name of County or Municipality)

☒ **STATE OF ALABAMA**
<br>☐ **MUNICIPALITY OF** ___     ___ v. **RODNEY JULIUS OWENS**
<br>　　　　　　　　　　　　　　　　　　　　　　　**Defendant**

The above-named defendant, charged with the criminal offense(s) of **BURGLARY III; TOP III**,
was duly brought before the Court for initial appearance on **MARCH 3, 2006**, at **11:00** o'clock **A** .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

(CHECK AS APPLICABLE):

☑ 1. Name and address of defendant.
<br>　　___ (a) Ascertained the true name and address of the defendant to be ___
<br>　　_____
<br>　　___ (b) Amended the formal charges to reflect defendant's true name.
<br>　　___ (c) Instructed the defendant to notify the Court promptly of any change of address.

☐ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☐ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
<br>　Defendant ☐ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
<br>　　___ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
<br>　　___ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
<br>　　　　___ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
<br>　　　　___ 2.) Execution of a secured appearance bond in the amount of $ **4,000.00** .
<br>　　　　___ 3.) Other conditions (specify) _____
<br>　　　　_____
<br>　　　　_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
<br>an _____ (date) at _____ o'clock ____.m.
<br>　　___ (a) Notified the District Court that such demand was made.
<br>　　___ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
<br>_____

**3-3-06**
<br>_____　　_____
<br>Date　　　　　　　　　　　　　　Judge/Magistrate

| | | Case Number |
|---|---|---|
| **State of Alabama** **Unified Judicial System** Form C-81    11/91 | **ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE** **(Felony)** | |

IN THE _____ **DISTRICT** _____ COURT OF _____ **LEE** _____ COUNTY

☒ **STATE OF ALABAMA**        ☐ **MUNICIPALITY OF** _____

v. **RODNEY JULIUS OWENS** _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of **BURGLARY III; TOP III** in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: **3-3-06** _____        Judge/Magistrate _____

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: **3-3-06** _____        Defendant _____

Lee County Detention Center
# INMATE REQUEST SLIP

F1

Name _Rodney Owens_    Date _2/4/05_    **LOCATION**

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I NEED TO SEE About MY
MEDS. Also TRANSFER MONEY
OUT FRONT INTO STORE ACCount.
Also I NEED A TOWELL
THANK YOU.

<u>Do Not Write Below This Line</u> - For Reply Only

FUNDS TRANSFERRED TO COMMISSARY
ACCOUNT.

Jubble3DS
2-6-06

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
### (Form #7)

Date: 3/1/06                                    Time: _____

I, _Rodney Owens_____ , have received copy

number __2__ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read.  I understand that while in this institution I will abide

by these Rules and Regulations.

I will return the copy of the Rules and Regulations upon my release from jail.  I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement.  I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.

Years of School _____            Inmate's Signature

_____

_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

☐  Said inmate stated to me that he was able to read the Rules and Regulations.

☐  Said inmate stated that he was not able to read the Rules and Regulations and I explained
the orientation rules to him.

Jailer's Signature

Date: _____  Time: _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | **ORDER<br>ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|

IN THE _____**DISTRICT**_____ COURT OF _____**LEE COUNTY**_____, ALABAMA
<span style="padding-left:3em">(Circuit, District or Municipal)</span><span style="padding-left:6em">(Name of County or Municipality)</span>

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v.    **RODNEY JULIUS OWENS**
Defendant

The above-named defendant, charged with the criminal offense(s) of __**TOP III; BURGLARY III**__ was duly brought before the Court for initial appearance on __**MARCH 1, 2006**__, at __9:30__ o'clock __**A**__.m., whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

☐ 1.  Name and address of defendant.
- ____ (a)  Ascertained the true name and address of the defendant to be:
  _____
  _____ Smiths
- ____ (b)  Amended the formal charges to reflect defendant's true name.
- ____ (c)  Instructed the defendant to notify the Court promptly of any change of address.

☑ 2.  Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3.  Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested    ☐ did not request court-appointed counsel.  If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☐ 4.  Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☑ 5.  Bail
- ____ (a)  Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
- ____ (b)  Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
  - ____ 1.)  Execution of an appearance bond (recognizance) in the amount of $ _____.
  - ____ 2.)  Execution of a secured appearance bond in the amount of $ __4,000.00__.
  - ____ 3.)  Other conditions (specify) _____
    _____
    _____

☑ 6.  If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7.  If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____, an _____ (date) at _____ o'clock ____.m.
- ____ (a)  Notified the District Court that such demand was made.
- ____ (b)  Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8.  Other: _____
_____

_____3-1-06_____          _____
Date                                      Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81    11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
| --- | --- | --- |

IN THE _____ **DISTRICT** _____ COURT OF _____ **LEE** _____ COUNTY

☒ STATE OF ALABAMA        ☐ MUNICIPALITY OF _____

v.    **RODNEY JULIUS OWENS** _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of **TOP III; BURGLARY III** _____ in this Court in violation of _____ . The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: **3-1-06** _____    _____
Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: **3-1-06** _____    _____
Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number |
| --- | --- | --- |

IN THE _____ **DISTRICT** _____ COURT OF _____ **LEE COUNTY** _____, ALABAMA
_(Circuit, District or Municipal)_                     _(Name of County or Municipality)_

☒ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____    v.  **RODNEY JULIUS OWENS** _____
                                                                                    **Defendant**

The above-named defendant, charged with the criminal offense(s) of **REC. STOLEN PROPERTY II**,
was duly brought before the Court for initial appearance on **FEBRUARY 6, 2006**, at **1:30** o'clock **P**.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
_(CHECK AS APPLICABLE):_

☒ 1. Name and address of defendant.
  ✓ (a) Ascertained the true name and address of the defendant to be:
        _828 54th St_
        _Col GA 31909            706 576-4368_
  ____ (b) Amended the formal charges to reflect defendant's true name.
  ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☒ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
  of the charges.

☒ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
  opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
  obtain counsel, an attorney would be appointed by the Court to represent him/her.
  Defendant ☒ requested  ☒ did not request court-appointed counsel. If requested counsel, defendant ☐ was
  ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☒ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
  against him/her.

☒ 5. Bail
  ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
  ✓ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
        conditions:
        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ✓ 2.) Execution of a secured appearance bond in the amount of $ **3,000.00** _____.
        ____ 3.) Other conditions (specify) _____
        _____
        _____

☒ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
  Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☒ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
  named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
  an _____ (date) at _____ o'clock ____.m.
  ____ (a) Notified the District Court that such demand was made.
  ✓ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
  _____

**2-6-06** _____                                    _Rnm Bm_ (signature)
Date                                                        Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form **C-81**     **11/91** | **ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony)** | **Case Number** |
| --- | --- | --- |

IN THE _____**DISTRICT**_____ COURT OF _____**LEE**_____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v.  **RODNEY JULIUS OWENS** _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of _____**RECEIVING STOLEN PROPERTY II**_____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) <u>Not</u> depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: **2-6-06** _____     _____
                                                  Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: **2-06-06** _____     _____
                                                  Defendant

Lee County Sheriff's Office    Friday, February 03, 2006    Page 1 of 1



OWENS, RODNEY J.