**Exhibit D**
**Medical File of Rodney Julius Owens**

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | | |
|---|---|---|---|
| **DATE** | **LAST NAME** | **FIRST NAME** | M |
| 6/13/2006 | OWENS | RODNEY | |
| **D.O.B.** | **SEX** | **FACILITY** | |
| ▬▬▬▬ | | LEE COUNTY JAIL | |
| **ORDERING PHYSICIAN** | | **X-RAY NO.** | |
| MCFARLAND | | MT10113 | |

RIGHT ANKLE – THREE VIEWS

FINDINGS: No right marker is seen on the submitted images. There  sor e
moderate soft tissue swelling over the lateral malleolus. No fracture c  disl )c  i )r
identified.

## DICTATED BUT NOT REVIEWED

_____

Randall Finley, M.D./cdw


tt:    6/13/2006 5:25:15 PM
td:    6/13/2006 3:59:16 PM

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 *(for A03 print programs)*

June 2006

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flexeril 10 mg #10 ÷ BP 06/13/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | Complete | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 500 mg #14 ÷ BP 06/13/06 | 0800 | | | | | | | | | | | | | | | | | | | | | Complete | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 375 mg BID #20 6/20/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| re √ 2-3 w/ks 6/20/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ankle flexion splint @ ankle 6/20/06 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | |

| | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 20 | 20 | 21 | 21 | 22 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | |

| | 23 | 23 | 24 | 24 | 25 | 25 | 26 | 26 | 27 | 27 | 28 | 28 | 29 | 29 | 30 | 30 | 31 | 31 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | |

Charting For ___ Through ___ June 2006

| | |
|---|---|
| Physician | Telephone No. |
| Alt. Phys. Mc Farland MR | Alt. Telephone |
| Allergies | Rehabilitative Potential |
| Diagnosis | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: *Stewart* | Title: | Date: 6/13/06 |
|---|---|---|---|---|

| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|---|

# MEDICATION SHEET - ADMINISTRATION RECORD     *June 2006*

P & L FORMS #3021 *(for A03 print programs)*



| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 500mg BID #14 (5/31/06)  06/1/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Charting For _____ Through _____

| Physician | McFarland |
| Alt. Phys. | |

| Telephone No. | |
| Alt. Telephone | |
| Medical Record No. | |

| Aller-ies | |
| Diag-osis | |
| Rehabilitative Potential | |

| Medicaid Number | Medicare Number | Admission Date |

Complete Entries Checked: By: _____ Title: LPN  Date: 5/3/06

| Resident | | Birth Date | Resident Code | Room No | Bed | Facility Code |

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Handwritten notes on left side:* Wt. 1-2, Wt, 9/28/06  3/1/06, Wt 170#

The form contains a grid of repeating rows numbered 1 through 31, with "0800" handwritten at the top of the HOUR column.

REORDER FROM INTEGRAL SOLUTIONS GROUP · 1-800-2335-0767    FORM A-55    STOCK #506423

| | |
|---|---|
| STARTING FOR | THROUGH |
| Physician: M<sup>c</sup> Farland | |
| Physician | Telephone No. |
| Allergies | Alt. Telephone |
| | Rehabilitative Potential |
| Diagnosis | |
| Medicaid Number | Medicare Number | Approved By Doctor: |
| | | By: _Stewart_  Title: _____  Date: _____ |
| | | D.O.B.    Sex    Room # I-1    Patient Code |
| RESIDENT: | | Admission Date |

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol ES 500mg
ii tabs po PRN
pain/fever
PRN

Motrin 200mg ii tabs
po PRN pain
PRN

(Right margin vertical text: REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767   FORM A-55   STOCK #50423)

RTING FOR _____ THROUGH _____

| | Telephone No. | Medical Record No. |
|---|---|---|
| ...ician | | |
| ...hysician | Alt. Telephone | |
| ...gies | Rehabilitative Potential | |
| ...nosis | | |

| ...edicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: _____ | Title: LPN | Date: 2/8/06 |

...SIDENT  Owens Rodney

D.O.B. ____  Sex ____  Room E-1  Patient Code ____  Admission Date ____

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

MAY 2006

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Metro OTC ii Pd See mg | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 05/30/06 | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 20 | 20 | 21 | 21 | 22 | 22 |
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | |
| | 23 | 23 | 24 | 24 | 25 | 25 | 26 | 26 | 27 | 27 | 28 | 28 | 29 | 29 | 30 | 30 | 31 | 31 | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | AB | BLO | | | | | | | |

Charting For _____ Through _____

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Phys. | Flotoral | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: _Stewart_ | Title: _LPN_ | Date: |
| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |

Mrs Stewart                    Copy #3

Regardless of whether the Indiffere
to the Serious medical needs of
prisoners is manifested by prison
doctors in there responce to the
prisoners needs or by prison Guards
in Intentionally delaying or denying
access to medical Care. Or Intentionall
Interfering with the treatment once
parcribed, it is actionable under
the Civil rights Statutes. A Constitue
claim is Stated when prison official
Intentionally deny access to medical
Care or Interfere with prescribed
Treatment The most Immedicate
Concern under the Eight amendme
or it may Result in pain + suffering
which serves no penological
Purpose.
                         Thanks
                    Rodn Guy

Copy #2

Time
8:6 AM

...ee County Detention Cente...

# INMATE REQUEST SLIP

**LOCATION**

Name _Rodney Owens_    Date _06/21/06_

☐ Telephone Call   ☑ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request, Give To Jailer

I am filling a Grevence
against Dorton John
McFarland + nrs Stewart
for not Xray my Back
Injury and no meed
for back pain

Witness A John o madines - Bruknumm / ...

Do Not Write Below This Line - For Reply Only

Dr. McFarland is our medical
director and is a licensed doctor,
his recommendations and protocol
are of any physician that you
would go to any were else.
Lt. Cory O Welch

Approved _____   Denied _____   Collect Call _6-22-06_

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Please Indicate Patient Status:

# SOUTHERN RADIOLOGY SERVICES, LLC

ALABAMA / MISSISSIPPI
1-800-845-8183

Mont. 4

Bill Facility (Medicare Part A Skilled)
Bill Insurance (3rd Party/Non Skilled)
Hospice
Employee

**PLEASE PRINT**

PATIENT: Owens, Rodney
    Last    First    MI

**RESPONSIBLE PARTY INFORMATION**
(MUST BE COMPLETED FOR ALL PATIENTS)

DOB: ⬛⬛⬛  SEX: (M) F  ROOM #: ⬛⬛⬛
        CODE

FACILITY: LCDC

PHONE: ⬛⬛⬛    FAX: ⬛⬛⬛

SS# ⬛⬛⬛

MEDICARE #: _____ CODE

MEDICAID #: _____ CODE

INSURANCE: _____ CODE

PRE CERTIFICATION #

INSURANCE #:

NAME: _____ PHONE #: ( )

ADDRESS:

LEE COUNTY DETENTION CENTER
P.O. BOX 2407
OPELIKA, AL 36803

CITY: _____ STATE: _____ ZIP:

**PATIENT SIGNATURE:** _____

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

**EXAMS REQUESTED: Please Mark Each Clearly**
**X-RAY EXAMS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 74000 | Abdomen, 1 View | | 73520 | Hip, Min 2 Views w/Pelvis  L  R | | 73590 | Tibia/Fibula, 2 Views  L  R |
| | 73600 | Ankle, 2 Views (AP 7 LAT)  L  R | | 73510 | Hip, Comp Min 2 Views  L  R | | 73100 | Wrist, 2 Views  L  R |
| ✓ | 73610 | Ankle, Comp Min 3 Views  L  R | | 73060 | Humerus, Min 2 Views  L  R | | 73110 | Wrist, Min 3 Views  L  R |
| | 73650 | Calcaneus (Heel), 2 Views  L  R | | 73560 | Knee, 2 Views  L  R | | | OTHER _____  L  R |
| | 71010 | Chest, 1 View (AP) | | 73562 | Knee, 3 Views (inc OBLQ)  L  R | | | OTHER EXAMS  L  R |
| | | | | 70160 | Nasal Bones, Comp Min 3 Views | | | |
| | 71111 | Chest With Ribs, 4 Views | | 72170 | Pelvis, 1 Views | | | |
| | 73000 | Clavicle, Complete  L  R | | 71100 | Ribs, 2 Views  L  R | | 93000 | EKG   Pacemaker:  Y  N |
| | 73070 | ELbow, 2 Views  L  R | | 72220 | Sacrum/Coccyx, Min 2 Views | | 95819 | EEG |
| | 73080 | Elbow, Comp 3 Views  L  R | | 73030 | Shoulder, Min 2 Views  L  R | | | |
| | 73550 | Femur, 2 Views  L  R | | 70210 | Sinuses, Less Than 3 Views | | | |
| | 73620 | Foot, 2 Views  L  R | | | | | | |
| | 73630 | Foot, Comp Min 3 Views  L  R | | 70250 | Skull, Less Than 4 Views | | | |
| | 73090 | Forearm, 2 Views  L  R | | 72040 | Spine, Cervical 2 Views | | | |
| | 73120 | Hand, 2 Views  L  R | | 72100 | Spine, Lumbosacral 2 Views | | | |
| | 73130 | Hand, Min 3 Views  L  R | | 72070 | Spine, Thoracic 2 Views | | | |

**DIAGNOSIS/SYMPTOM(S):   Please Mark ALL that apply**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal |
| | 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | | | Pain in _____ |
| | 413.0 | Angina | | | Dislocation of _____ | | 485 | Pneumonia, Confirmed |
| | | Arthritis of _____ | | 780.4 | Dizziness | | 514 | Pneumonia, Probable |
| | 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing) | | 795.5 | Positive Mantoux, PPD |
| | 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS |
| | 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis |
| | 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest |
| | | Bruise of _____ | ✓ | | Possible Fracture of _____ | | 786.09 | Shortness of Breath |
| | 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncope & Collapse |
| | | Carcinoma of _____ | | 518.3 | Infiltrate, Lung | | 785.0 | Tachycardia |
| | 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis |
| | 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) |
| | 514 | Congestion, Chest | | | | | | |
| | 428.0 | Congestive Heart Failure | | | | | | OTHER _____ |

PHYSICIAN'S SIGNATURE: _____

Because of physical psychological and/or age limitations, this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient.

RADIOLOGIST: _____

PRELIMINARY REPORT:

NURSE'S SIGNATURE: Stewart (?)

ORDERING PHYSICIAN: McFarley
    First    Last

PHONE #: (334) 737-3591

FAX: (334) 737-3574

X-RAY # _____ TECH: K-1

DATE: 10-13-06   #VIEWS: 3

ARRIVE TIME: _____ Q0092 # 1

DEPART TIME: _____ # PTS SEEN 1

AM

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _Owens Rodney_

DATE OF BIRTH _____    RACE/SEX _____

SOCIAL SECURITY#_____    CELL _F-1_

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☐ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☒ PRESCRIPTION | $3.00  Naprosyn |
| ☐ FOLLOW-UP VISIT | N/A |
| * Ankle Splint | $5.00 |
| **TOTAL OF MEDICAL SERVICES RENDERED** | $ 8.00 |

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date ___ B Griffin LPN ___ 6/20/06

Inmate Signature & Date ___ (copay) ___

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

FORM: LCS-DC33 (9/02)

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _Owens, Rodney_

DATE OF BIRTH _____ RACE/SEX _____

SOCIAL SECURITY# _____ CELL _7-1_

## ***SERVICES & FEES***

☐ SICK CALL                    $10.00
☐ DOCTOR VISIT                 $10.00
☐ DENTIST VISIT                $10.00
☑ PRESCRIPTION                 $3.00
☐ FOLLOW-UP VISIT              N/A

TOTAL OF MEDICAL SERVICES    $ _11,_
RENDERED

---

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____ 6/13/06

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

FORM: LCS-DC33 (9/02)

# NOTES

NAME _Owens, Rodney_    SS# ████████████

DOB: ████████    AGE: _46_    SEX: _M_    RACE _W_

DRUG ALLERGIES: _none_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _re-check_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

HEALTH CARE DOCUMENTATION                    _170#_

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

_Dictation pending_

PLAN:

_Arm brace x 2-3w more_

REFER TO _____ PA _____ PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _John H McFarland MD_ TITLE _M_ DATE _7/6/00_ TIME _1758_

AM8 104894
AL 11404            _To Kilby  7/10/06_



Please Indicate Patient Status:

ALABAMA / MISSISSIPPI
1-800-845-8183

# SOUTHERN RADIOLOGY SERVICES, LLC

Mont-4

Bill Facility (Medicare Part A Skilled)
Bill Insurance (3rd Party/Non Skilled)
Hospice
Employee

**PLEASE PRINT**

PATIENT: Owens, Rodney
Last          First          MI

DOB: _____ SEX: (M) F   ROOM #: _____

FACILITY: LCDC

PHONE: _____91  FAX: _____

SS# _____

MEDICARE #: _____ CODE _____

MEDICAID #: _____ CODE _____

INSURANCE: _____ CODE _____

INSURANCE #: _____   PRE CERTIFICATION # _____

**RESPONSIBLE PARTY INFORMATION**
(MUST BE COMPLETED FOR ALL PATIENTS)

NAME: _____ PHONE #: ( )

ADDRESS: _____

CITY: LEE COUNTY DETENTION CENTER   ZIP: _____
P.O. BOX 2407
OPELIKA, AL 36803

PATIENT SIGNATURE: _____

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

**EXAMS REQUESTED: Please Mark Each Clearly**
**X-RAY EXAMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 74000 | Abdomen, 1 View | | 73520 | Hip, Min 2 Views w/Pelvis  L  R | | 73590 | Tibia/Fibula, 2 Views  L  R |
| | 73600 | Ankle, 2 Views (AP 7 LAT)  L  R | | 73510 | Hip, Comp Min 2 Views  L  R | | 73100 | Wrist, 2 Views  L  R |
| ✓ | 73610 | Ankle, Comp Min 3 Views  L  (R) | | 73060 | Humerus, Min 2 Views  L  R | | 73110 | Wrist, Min 3 Views  L  R |
| | 73650 | Calcaneus (Heel), 2 Views  L  R | | 73560 | Knee, 2 Views  L  R | | | OTHER |
| | 71010 | Chest, 1 View (AP) | | 73562 | Knee, 3 Views (inc OBLQ)  L  R | | | OTHER EXAMS |
| | | | | 70160 | Nasal Bones, Comp Min 3 Views | | | |
| | 71111 | Chest With Ribs, 4 Views | | 72170 | Pelvis, 1 Views | | | |
| | 73000 | Clavicle, Complete  L  R | | 71100 | Ribs, 2 Views  L  R | | 93000 | EKG  Pacemaker:  Y  N |
| | 73070 | Elbow, 2 Views  L  R | | 72220 | Sacrum/Coccyx, Min 2 Views | | 95819 | EEG |
| | 73080 | Elbow, Comp 3 Views  L  R | | 73030 | Shoulder, Min 2 Views  L  R | | | |
| | 73550 | Femur, 2 Views  L  R | | 70210 | Sinuses, Less Than 3 Views | | | |
| | 73620 | Foot, 2 Views  L  R | | | | | | |
| | 73630 | Foot, Comp Min 3 Views  L  R | | 70250 | Skull, Less Than 4 Views | | | |
| | 73090 | Forearm, 2 Views  L  R | | 72040 | Spine, Cervical 2 Views | | | |
| | 73120 | Hand, 2 Views  L  R | | 72100 | Spine, Lumbosacral 2 Views | | | |
| | 73130 | Hand, Min 3 Views  L  R | | 72070 | Spine, Thoracic 2 Views | | | |

**DIAGNOSIS/SYMPTOM(S):   Please Mark ALL that apply**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal |
| 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | | | Pain in _____ |
| 413.0 | Angina | | | Dislocation of _____ | | 485 | Pneumonia, Confirmed |
| | Arthritis of _____ | | 780.4 | Dizziness | | 514 | Pneumonia, Probable |
| 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing) | | 795.5 | Positive Mantoux, PPD |
| 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS |
| 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis |
| 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest |
| | Bruise of _____ | | ✓ | Possible Fracture of _____ | | 786.09 | Shortness of Breath |
| 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncope & Collapse |
| | Carcinoma of _____ | | 518.3 | Infiltrate, Lung | | 785.0 | Tachycardia |
| 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis |
| 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) |
| 514 | Congestion, Chest | | | | | | |
| 428.0 | Congestive Heart Failure | | | | | | OTHER _____ |

| | | | |
|---|---|---|---|
| PHYSICIAN'S SIGNATURE: | NURSE'S SIGNATURE: _Stewart_ (gn) | X-RAY # | TECH: KS |
| Because of physical psychological and/or age limitations, this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient. | ORDERING PHYSICIAN: P. McFarlan   CODE First    Last | DATE: 6·13·06 | #VIEWS: 3 |
| | PHONE #: (334) 737.3591 | ARRIVE TIME: | Q0092 # 1 |
| RADIOLOGIST: | FAX: (334) 737.3574 | DEPART TIME: | # PTS SEEN 1 |
| PRELIMINARY REPORT: | | | |
| | | | AM |

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

**INMATE NAME** Owens, Rodney

**DATE OF BIRTH** _____ **RACE/SEX** _____

**SOCIAL SECURITY#** _____ **CELL** F-1

## ***SERVICES & FEES***

☐ **SICK CALL**             $10.00
☒ **DOCTOR VISIT**          $10.00
☐ **DENTIST VISIT**         $10.00
☒ **PRESCRIPTION**          $3.00   Naprosyn 500mg
☐ **FOLLOW-UP VISIT**       N/A

**TOTAL OF MEDICAL SERVICES
RENDERED**          $13.00

---

# MEDICAL VERIFICATION SECTION

**Authorized Nursing Staff Signature & Date** _K. Griffith LPN_ 5/31/06

**Inmate Signature & Date** _CO pay_

## Inmate Account Payable Clerk Signature & Date

_____

☐ **PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.**

☐ **PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.**

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## BUREAU OF CLINICAL LABORATORIES

HIV SEROLOY    86701
WESTERN BLOT   86689

I.D. NUMBER    **696010**

*PLEASE USE A BLACK PEN*

**Patient's Last Name**

**Patient's First Name**

**MI**

Address

Owens, Rodney J.

Apt.

City

GLE    State    Zip

W/M

Phone

**Counselor (Initials)**

**Date Collected**        /        /

### EIA
Results: Indicated by Marked

- ⊗ Negative
- ○ Not Done
- ○ Positive

### WESTERN BLOT

- ○ Negative
- ○ Indeterminate
- ○ Positive
- ○ Not Done

| RACE | | | | | | SEX | | DOB (mmddyyyy) |
|---|---|---|---|---|---|---|---|---|
| W | B | H | A | I | U | M | F | / / |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**ANALYST INITIALS**

**DATE REPORTED**        /        /

Provider    LEE COUNTY DETENTION CENTER
Address         P.O. BOX 2407
City           OPELIKA, AL 36803    State ___    Zip ___

SITE CODE    CNTY

- ☐ Birmingham
- ☐ Decatur
- ☐ Dothan
- ☐ Mobile
- ☒ Montgomery

County Health Dept. CHR Number

Social Security Number
___ - ___ - ___

**Has Patient Had a Previous Positive or Indeterminate Western Blot?**

- ○ No
- ○ Yes
- ○ Unknown

Medicaid Number

Provider Number

Date        /        /

**PATIENT SHOULD HAVE A
TUBERCULIN SKIN TEST
IF HIV POSITIVE**

1997321024

*REPORT COPY*
*Return to provider*

ADPH CL 109 / REV 01 01

# Bureau of Clinical Laboratories-Montgomery

PO BOX 244018, MONTGOMERY AL 36124-4018
Phone:(334) 260-3400   FAX:(334) 274-9800                                      Page:   1

| | | | | |
|---|---|---|---|---|
| **Provider:** | **Accession** | **4018147** | **ID:**  | **1021172** |

Patient:
**Owens,Rodney,J**

| | |
|---|---|
| TKD JUSTICE CENTER | Requisition #:   4018147 |
| PO BOX 2407 | Service Area: |
| OPELIKA, AL, 36801-0000 | CHR #: |
| (000) 000-0000, | |
| UNKNOWN DOCTOR | |

Collected:   3/22/2006 @
Received:   3/23/2006 @  9:36 AM
Reported:   3/24/2006 @  3:16 PM

D.O.B.:
Sex:    M   MALE
Phone:  (000) 000-0000
SSN:
Status:  <u>**Final Report**</u>

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

### *Serology Results*

| | | |
|---|---|---|
| VDRL, STS Qualitative | Non-Reactive | |

<u>Lab Director</u>
William J. Callan,Ph.D.

NOTE: Print firmly using blue or black ink to complete form.

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama  36130-3017

# TB
## Skin Test Report

**County Code** | **Target Testing** ☐ | **PROJECT** | **CHR#** _____

**Last Name**

## Owens, Rodney J.

~~blacked out~~

W/M                                    **MI**

**City**

**State** | **Zip Code** | **Home Phone**

**SSN:**

**Date of Birth:**

**SEX:** ○ M  ○ F

**Race:**
W ○  B ○  AI ○  A ○  AN ○  H/PI ○  O ○

**ETHNICITY:**
Hispanic or Latino: ○ YES  ○ NO

**Test Administered By:**
○ TB Staff
○ PH Nurse
○ Other

**Site Test:**
○ Health Department
○ Other

**Reason Tested:**
○ Health Care Worker
○ Medical Risk
○ Shelter
○ Student
○ Occupational
○ Foreign Born
○ Homeless
○ Jail/Prison
○ Not at Risk

**Contact to Case/Suspect:**
○ YES  ○ NO

**Risk Categories:**
○ A
○ B
○ C

**PPD ONE:**

Provider#: | Lot#: CK2313 AA
Antigen
Date of Test: 03 - 08 - 2006    ○ AP  ● TU

Provider#:
Date Read: 03 - 10 - 2006    Result: 0 mm  ○ Not Read

**PPD TWO:**

Provider#: | Lot#:
Antigen
Date of Test: __ - __ - ____    ○ AP  ○ TU

Provider#:
Date Read: __ - __ - ____    Result: __ mm  ○ Not Read

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002

**LEE COUNTY DETENTION CENTER**
**P.O. BOX 2407**
**OPELIKA, AL  36803**

4739494381

I hereby authorize the Lee County Sheriff's Office to use, disclose and/or obtain my health information as follows (check all that apply):

| ( ) use the following health information maintained by Lee County Sheriff's Office. | (✓) disclose the following health Information to: ~~LEE COUNTY SHERIFF~~ ~~2311 GATEWAY DRIVE~~ ~~OPELIKA, AL  36803~~ | (✓) obtain the following health information from: Dr. Charles Baher Charolette, NC |

Specific description of the health information to be used/disclosed/obtained (include dates of service, type of service, etc) : _____

_____

_____

This health information is used/disclosed/obtained for the purpose (if Authorization requested by the patient put: "At the request of the individual"): _____

_____

_____

I understand that this health information may include information regarding drugs and alcohol, human immunodeficiency virus test results, and psychotherapy notes.

If the disclosure is for marketing purposes, will the Lee County Sheriff's Office directly or indirectly receive remuneration for the disclosure of health information? Yes ___  No ___  N/A ___.

By providi___                    ___ as follows:

I underst___                          ...se to sign this Authorization and my treatment and/or
payment/
1.                                     may refuse to sign this Authorization and my treatment

2.                                     ...ased may be subject to re-disclosure by the recipient of
                                       the Federal Privacy Rules.

3.                                     at any time by notifying the Lee County Sheriff's Office

4.                                     ...s uses or disclosures prior to the  receipt of the revocation.

5.                                     ...horization form after I sign it.

**NO Listing**

...n __2 / 6 / 07__ (MM/DD/YR) or upon the "End of the research

_____  If an
will cease to be valid 90 days from the date of signature.

_Rodney_                          _2/7/06_
Signature of Patient or Patient Rep.          Date

_____
Printed Name of Patient's Representative (if applicable)

_____
Representative's Relationship to Patient (if applicable)

---

| LEE COUNTY SHERIFF'S OFFICE | PATIENT INFORMATION |
| --- | --- |
| PATIENT AUTHORIZATION FOR USE AND/OR DISCLOSURE OF PROTECTED HEALTH INFORMATION | PATIENT NAME: Rodney J. Owens |
|  | SOCIAL SECURITY NO. ▓▓▓▓▓ |
|  | DATE OF BIRTH ▓▓▓▓▓ |

```
                              LEE COUNTY SHERIFF'S OFFICE
02/03/2006     17:41:59        INMATE BOOKING SHEET                    PAGE    1
================================================================================
BOOKING NO: 060000608

INMATE NAME: OWENS RODNEY J
       ALIAS:                                   RACE: W        SEX: F
       ALIAS:                                   HT: 5'11"   HAIR: BRO
     ADDRESS: ███████████████R.                 WT: 150     EYES: BLU
CITY/ST/ZIP: C██████████████01          COMPLEX:
  HOME PHONE: ███████████████                    SSN: ██████████75
        DOB: ██████████0  AGE:  46               DL ST:            DLN:
  PLCE BIRTH: COLUMBUS                            SID:
       STATE: GA                                 LOCID: 31902
   M. STATUS: SINGLE
    RELIGION: BAP
  GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS:
----------------------------- NEXT OF KIN ------------------------------
  NEXT OF KIN: JOHNNY OWENS                  RELATIONSHIP: BROTHER
      ADDRESS:                                     PHONE: 0██████████████
  CITY/ST/ZIP: ,
      REMARKS:
----------------------------- EMPLOYER INFO ----------------------------
    EMPLOYED: Y
EMPLOYER NAME: SELF EMPLOYED
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
------------------------------- MEDICAL --------------------------------
  HANDICAPPED: N  NEEDS: N
      GLASSES: Y  SMOKE: Y
MEDICAL NEEDS:      NEEDS: █████████
    PHYSICIAN:               PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY -------------------------------
         CASH:        $30.00
  DESCRIPTION: STREET CLOTHES
ADD. PROPERTY: 1LIGHTER,1NECKLACE,1BELT
ADD. PROPERTY: 1CAP,1BOX CIG,1PACK OF GUM
ADD. PROPERTY:
   BIN NUMBER: 73
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____  TIME: _____

BOOK OFFICER: _____  DATE: 2/5/06  TIME: _____
```

Handwritten annotation near Employer Info: *Sister 576-4368 (706)*

```
                          LEE COUNTY SHERIFF'S OFFICE
02/03/2006      17:41:59    MEDICAL SCREENING FORM                    PAGE 2
==============================================================================
Booking No: 060000608  Date: 02/03/2006  Time: 17:30  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: OWENS RODNEY J                    Race: W        Sex: F
     DOB:            0 Age:  46  SSN:           5  Height: 5'11"  Weight: 150
------------------------------------------------------------------------------
```

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

13- lemonths for lungs
14 Benecdryl, Tylenol

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Rodney Owens_     DATE: _____     TIME: _____

BOOK OFFICER: _____     DATE: _____     TIME: _____

```
                              LEE COUNTY SHERIFF'S OFFICE
02/03/2006     17:41:59         INMATE CHARGE SHEET                    PAGE     3
===============================================================================
BOOKING NO: 060000608        INMATE NAME: OWENS RODNEY J
===============================================================================
   CHARGE NO:   1  DISPOSITION: OPEN                 HOLD: Y

ALA STATUTE:                             # OF COUNTS:    0
    OFFENSE: RECEIVING STOLEN PROPERTY 2ND  WARRANT #:
     CASE #:
   BOND AMT: 3,000.00                            FINE:      $0.00
   BAIL AMT: 3,000.00
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/03/2006              ARST AGENCY: LCSO
ARST OFFICR: SURRETT                     COUNTY: LEE
      COURT:                              JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                        LEE COUNTY SHERIFF'S OFFICE
.02/03/2006    17:41:59    MEDICAL SCREENING FORM                    PAGE 1
================================================================================
Booking No: 060000608   Date: 02/03/2006   Time: 17:30   Type: NORMAL
Agency to Bill: LEE COUNTY                  Facility: COUNTY JAIL
--------------------------------------------------------------------------------
Inmate Name: OWENS RODNEY J                      Race: W        Sex: F
       DOB: ██/██/████ Age:  46  SSN: ███-██-████ Height: 5'11"  Weight: 150
--------------------------------------------------------------------------------
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | |
|---|---|---|
| a. Allergies | f. Fainting Spells | k. Seizures |
| b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _Lung Disease, Takes meds for_
_Seizures_

12. For females only:

    a. Are you pregnant?

    b. Do you take birth control pills?

    c. Have you recently delivered?

```
                              LEE COUNTY SHERIFF'S OFFICE
02/03/2006     17:41:59          INMATE BOOKING SHEET                    PAGE    2
===================================================================================
BOOKING NO: 060000608    INMATE NAME: OWENS RODNEY J
===================================================================================
         COURT:                        ATTORNEY ON REC:
         JUDGE:                            PHONE: 000-000-0000
       REMARKS:
       REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    BOOK DATE: 02/03/2006   BOOK TIME: 17:30   BOOK TYPE: NORMAL

  ARREST DATE: 02/03/2006        BOOKING OFFICER: DIX
  ARREST DEPT: LCSO              CELL ASSIGNMENT: F1
ARRST OFFICER: SURRETT               MEAL CODE: 01   LEE COUNTY
PROJ. RLSDATE: 00/00/0000             FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: SCROGGINS         CLASSIFICATION:
  TYPE SEARCH: PAT               WORK RELEASE: N
INTOX RESULTS:


        HOLDS: Y
       AGENCY: LCSO          REASON: MCKANE
       AGENCY:               REASON:
       AGENCY:               REASON:
       AGENCY:               REASON:


        NOTES:
        NOTES:
        NOTES:
```

Lee County Detention Center
# INMATE REQUEST SLIP

E 6
**LOCATION**

Name _Rocky Clus_     Date _____

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_Pain in my Bonk_

Do Not Write Below This Line - For Reply Only

_6/25/06 your on Naprosyn already for pain._

_Nurse Griffith_

Approved       Denied       Collect Call

## Lee County Detention Center
## INMATE REQUEST SLIP

F1
**LOCATION**

Name _Rodney Owens_          Date _2-27-06_

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need to see Nurse
Stewart about my Inhaler
the Doctor wrote I am
Having problems Breathing !!
+ Sleeping.

Do Not Write Below This Line - For Reply Only

2/27/06   Saw   m.D Today

Nurse Stewart

Approved _____ Denied _____ Collect Call_____

Lee County Detention Cente

# INMATE REQUEST SLIP

LOCATION _F1_

Name _Rodney Owens_ Date _05/21/06_

☐ Telephone Call ☑ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

---

Briefly Outline Your Request. <u>Give To Jailer</u>

Mrs Stewart I ask you about some antibactenial Soap, you said fill this out. Thank you

---

<u>Do Not Write Below This Line</u> - For Reply Only

5/22/06   Dial Soap Sent

Nurse Griffith

---

Approved _____ Denied _____ Collect Call_____

# NOTES

NAME: *Owens Rodney*    SS# ████████████

DOB: ████████    AGE: *46*    SEX: *M*    RACE: *W*

DRUG ALLERGIES: *Ø*    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Fell in Shower* ✓
*Rt ankle & ↓ Back.*

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

*176#*
*5'9"*

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

**05/31/06    Lee County Detention Center    Rodney Owens    #252041575**
This 46 YOWM slipped and fell in the shower and twisted his right ankle. He said he pulled a muscle in the right low back.
**Physical Exam:** Alert, walks in with a normal comfortable gait. There is no limp. His right ankle is swollen and tender especially at the origin of the ATF ligament but not at the insertion. The skin is intact, the joint is stable. He has no midline tenderness in the back. He is a little bit tender in the right low back musculature. Straight leg raise is negative.
**Impression:** Slip and fall with right ankle sprain and right low back muscle strain.
**Plan:** Naprosyn 500 mg b.i.d. #14. Recheck in one week if not better.

PLAN:

*Naprosyn 500 Bid #14*

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____    TITLE *MD*    DATE *5/31/06*    TIME *0929*

JOHN H MCFARLAND MD
AM8 104894
AL 11404

# NOTES

NAME: _Owens, Rodney_     SS# ▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓     AGE: _46_     SEX: _M_     RACE: _W_

DRUG ALLERGIES: _Ø_     TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Fell in Shower_
_Sunday Night_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:     BP _122/70_  P_____ R_____ T_____ O2_____

ASSESSMENT: _I/m Alert & Responsive to PPT_
_I/m c/o fell out of shower injury_
_To Rt ankle it's swollen red & purple_
_c/o c/o ↓ Back pain Ø other c/o_

PLAN: _↑↑ motrin BiD See MD in Am_
_Too Late for clen Keep ankle._
_p_

REFER TO: _____ (PA/PHYSICIAN) _____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _Stewart_     TITLE _LPN_     DATE _5/30/06_     TIME _13XX_

# NOTES

NAME: _Owens Rodney_    SS# ▓▓▓▓▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓    AGE: _46_   SEX: _m_   RACE: _W_

DRUG ALLERGIES: _Ø_ _____ TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

167#
5'11"

SUBJECTIVE:

OBJECTIVE:   BP _120/70_   P_____ R_____ T_____ O2_____

ASSESSMENT:

**02/28/06**    **Lee County Detention Center**    **Rodney Owens**    **#253041575**

This 46 YOWM is having trouble sleeping and wants his inhaler. He is having anxiety attacks. He thinks he had a seizure but there was no loss of consciousness or tongue biting or incontinence. He has just been very anxious. He says he is "starving".

**Physical Exam:** alert, comfortable gait. He certainly doesn't look like he is starving. HEART: Regular. LUNGS: Clear; no forced expiratory wheezes or other wheezes other than audible wheezes that he can produce when I ask him to just breathe quietly. He is able to breathe quietly. There are no true bronchospastic wheezes at any time. ABDOMEN: Soft and nontender.

**Impression:** Anxiety; history of inhaler use and tobacco abuse.

**Plan:** We will try again to get records. He says his doctor, Dr. Charles Bander, is at the Medical University of South Carolina in Charleston, SC, rather than Charolette, NC. His sister apparently is getting information to get those records. We will check his weight every week or two. Recheck by me as needed. Mental Health officer evaluation.

wt  9-1-2006

REFER TO_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____ JOHN H MCFARLAND MD _____ TITLE _MD_ DATE _2-28-06_ TIME _0912_
     AM8104894
                 03/31/06   wt 170

## NOTES

NAME: *Owens Rodney*    SS# ████████████

DOB: ██████████    AGE: *X6*    SEX: *M*    RACE: *W*

DRUG ALLERGIES: *Ø*    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Lung Dz*

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

**SUBJECTIVE:**

**02/08/06    Lee County Detention Center    Rodney Owens    #253041575**

This 46 YOWM said he had a lung disease with a fungus and has to take Xopenex by nebulizer machine several times a day. He also smokes two packs a day down to one half pack per day. He gets anxiety attacks easily. Apparently his doctor in South Carolina.

**Physical Exam:** Alert, no distress, comfortable gait. HEART: Regular. LUNGS: Clear; no wheezes at all not even with forced exhalation. SKIN: he has a healing area of superficial abrasion but no or minimal bruising in the left posterior lower chest. There is no crepitus or deformity in the area. MSK: The low back muscles are nontender to palpation. Straight leg raise is negative. He has a normal comfortable gait.

**Impression:** Lung disease; tobacco abuse.

**Plan:** I told him we will let him have his Xopenex on hand and if the nurse hears some wheezes we will let him use his nebulizer machine. However, since Xopenex and Albuterol can stimulate his central nervous system it wouldn't be good for him just to take it because he feels anxious because it may make him more anxious. In the meantime he can have some Tylenol or Motrin prn discomfort from his fall and minor contusion/abrasion. Medical records will be sent for. Recheck prn.

PLAN:    Med. records

Tylenol / motrin prn

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____    TITLE *MD*    DATE *2-8-06*    TIME *0903*

JOHN H McFARLAND MD
AM8104894
AL 11404

2/8/06 Dr. Charles Banov had no listing in

## NOTES

NAME: _Owens Rodney_     SS# ▮▮▮▮▮▮▮▮

DOB: ▮▮▮▮▮▮     AGE: _46_     SEX: _M_     RACE: _W_

DRUG ALLERGIES: _Ø_     TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Lung problems._

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
                        SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:     BP _170_  P _76_  R _20_  T _____  O2 _96_ %

ASSESSMENT:  I/m c/s Lung problems on
Nebulizer & meds. You it not to him
also Lun spp c Lon. Chest Clear
bp Soft  U/s States doc to number name
of meds

PLAN:  Will See MD in AM

REFER TO: __✓__ PA/PHYSICIAN     MENTAL HEALTH _____ DENTAL _____

SIGNATURE _J. Stewart_     TITLE _Cpn_     DATE _2/7/06_  TIME _1:50_

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION _F1_

Name _Rodney Owens_     Date _05/30/06_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. _Give To Jailer_

Mrs Stewart
I feel in the Shower
and Hurt my ankel, Can I
see someone about this.
2nd Request

Do Not Write Below This Line - For Reply Only

5/30/06

Sick Call
See MD in AM
Nurse _____

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

Lee County Detention Center

# INMATE REQUEST SLIP

*F1*

**LOCATION**

Name *Rodney Owens*    Date *05/28*

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

*Mrs Stewart I feel my ankel is so swollen needs attention*

*Thank you*

Do Not Write Below This Line - For Reply Only

*5/30/06    Sick Call*

*Nurse Stacy*

Approved _____ Denied _____ Collect Call_____

# NOTES

NAME: _Owens, Rodney_    SS# ████████████

DOB: ████████    AGE: _46_    SEX: _m_    RACE _W_

DRUG ALLERGIES: _none_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _review x-rays_
_(wants more x-rays)_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:                                      _injury_
                                                 _3 1/2_

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

**06/20/06    Lee County Detention Center    Rodney Owens    #253041575**
This 46 YOWM is about three and a half weeks after his injury. He inverted his right ankle and had a sprain. X-rays are back and are negative showing no fracture. He says he fell on his back and wondered about x-rays of his back. I explained that that would be low yield and not likely to show anything since he just slipped and fell from a standing position and not from a height or not in a car accident, etc.
**Physical Exam:** He walks with a normal comfortable gait. He seems to be careful about his right ankle. He has some tenderness above the lateral medial malleolus. There is mild swelling only. His back is a little bit tender at the left lower lumbar area. There is no midline tenderness. Straight leg raise is negative. In fact, he has comfortable spontaneous leg swing as he sits.
**Impression:** Ankle sprain; back muscle spasm.
**Plan:** We will see about putting him in a right ankle flexion splint if that is okay from a security standpoint. Recheck in two or three weeks.

PLAN:

Naprosyn 375 BID x 20
C Ankle Flexion Splint.
rech 2-3 wk

REFER TO: _____ RA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ TITLE _m_ DATE _6/20/06_ TIME _0945_
(MCFARLAND)

Lee County Detention Center
## INMATE REQUEST SLIP

F-1
LOCATION

Name Rodney Owers     Date 6/12/06

☐ Telephone Call ✓     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. Give To Jailer     NURSE. STEWART

I NEED MY BACK CHECKED FROM WHEN I FELL IN THE SHOWER. I WANT IT X-RAYED ALSO FOR FRACTURES.

Thanks For Your Time

Do Not Write Below This Line - For Reply Only

6/19/06 You will see the doctor again Tuesday - you can ask him then.

Nurse Griffith

Approved _____     Denied _____     Collect Call _____

# NOTES

NAME: *Owens Rodney*          SS# ████████████

DOB: ████████          AGE: 46     SEX: M     RACE: W

DRUG ALLERGIES: Ø          TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Follow-up c̄ ankle*

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

HEALTH CARE DOCUMENTATION                    174*

SUBJECTIVE:

OBJECTIVE:     BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

**06/13/06     Lee County Detention Center     Rodney Owens          #253041575**
This 46 YOWM says his back and his ankle are worse.
**Physical Exam:** He is swollen and tender on the lateral aspect. He is still walking on it. He
walked in fairly comfortably. His back is stiff and uncomfortable. He has some generalized
discomfort; in fact he winces with even the slightest touch on the ankle or the back.
**Impression:** Back and ankle pain.
**Plan:** We will make an x-ray of that right ankle. I don't think it is broken but we will document
that. Flexeril 10 mg b.i.d. #10 and Naprosyn 500 mg b.i.d. #14. Recheck in one week.

PLAN:          Xray ® Ann - o Callys 6/13/06
               Flexeril 10  BID #10
               Naprosyn 500  BID x 14
               Rec 1wk

REFER TO: _____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE ___JOHN H McFARLAND MD___ TITLE MD_____ DATE 6-13-06 TIME 0738
            AM8 104894
            AL 11404