# Exhibit F
# Affidavit of Linda Stewart

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **RODNEY JULIUS OWENS** | ) |
|     **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:06-cv-00540-MEF-SRW |
| **JAY JONES, et. al.,** | ) |
|     **Defendants.** | ) |

## AFFIDAVIT OF NURSE LINDA STEWART

**STATE OF ALABAMA** )
)
**COUNTY OF LEE** )

    **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Linda Stewart, who being known to me and being by me first duly sworn on oath deposes and says as follows:

    1.    My name is Linda Stewart. I am over the age of nineteen and competent to execute this affidavit.

    2.    I have been employed as a nurse with the Lee County Detention Facility for over four years. I am an L.P.N. and have been licensed for over twenty-years, having served as a nurse in the ICU and CCU in Cobb Hospital Emergency Room for fifteen-years. I taught Nursing Assistance Clinicals for two years at Career Institute. I collected medical information for the law firm of Bellamy and Jones for three years, and I was employed as the

personal nurse for Doctor Hoffman, in Phenix City, Alabama, for twelve years, prior to my coming to the Lee County Detention Facility.

3. I am familiar with the Plaintiff, Rodney Julius Owens, due to his incarceration in the Lee County Detention Facility.

4. I have complied with all policies and procedures of the Lee County Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

5. I have no duty or authority with regard to any conditions of the Detention Center, such as but not limited to the shower facilities. My sole duty and authority is with regard to medical care of inmates.

6. After receiving Plaintiff's medical request, I examined Plaintiff at sick call on May 30, 2006. I gave Plaintiff Motrin on May 30 and May 31 and scheduled him to see Dr. McFarland on May 31, 2006.

7. Plaintiff was administered all medications as prescribed to him.

8. I followed Dr. McFarland's orders with regard to the Plaintiff's medical care. In fact, per the policy of the Lee County Sheriff's Office, I always follow the instructions of Dr. McFarland on all medical issues.

9. I have never received a grievance from the Plaintiff concerning the allegations made the basis of his Complaint.

10. All medical records attached to the Special Report are true and accurate copies of medical documents kept in the Plaintiff's medical file by me in the ordinary course of my business. I am the custodian of these records.

11.  I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

*Linda Stewart*
LINDA STEWART

**SWORN TO** and **SUBSCRIBED** before me this 13 day of September, 2006.

*Iris D. Bridges*
NOTARY PUBLIC    MY COMMISSION EXPIRES FEB. 10, 2007
My Commission Expires: _____